

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

CORRECTION LETTER -   MOTION FOR NEW TRIAL

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/14/2015 12:52:04 PM

CHRISTOPHER A. PRINE
Clerk

May 14, 2015

FRANKLIN BYNUM
ATTORNEY OF RECORD
2814 HAMILTON STREET
HOUSTON, TX 77004

Defendant's Name:  PETE RODRIGUEZ

Cause No:  1389063

Court:  182ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  2/04/15
**Sentence Imposed Date:**  1/21/15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  FRANKLIN BYNUM
**Motion for New Trial Filed:** 2/20/15

Sincerely,

S. NORRIS

Criminal Post Trial Deputy

CC:  Devon Anderson
       District Attorney
       Appellate Division
       Harris County, Texas

     ROXANNE WILTSHIRE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin   P.O. Box 4651   Houston, Texas   77210-4651